**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LOIS WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24-cv-06897 |
| | ) | |
| CBOCS WEST, INC. d/b/a | ) | |
| CBOCS, | ) | |
| | ) | |
| Defendant. | ) | |

---

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Lois White, and Defendant, CBOCS WEST, INC. d/b/a CBOCS (collectively, the Parties), hereby notify the Court that the instant action has settled.  The Parties expect to file a stipulation of dismissal with prejudice within sixty (60) days.  The Parties request that the Court enter an order administratively closing the case, thereby relieving the Parties from compliance with any pending pretrial deadlines and from filing any further responses, motions, and/or pleadings.

| | |
|---|---|
| CASS LAW GROUP, P.C. | FORDHARRISON, LLP |
| By: */s/ Angela C. Spears* __ | By: /s/ *John O'Connor* |
| Angela C. Spears, Esq., #6327770 | John O'Connor, Esq., #6205383 |
| aspears@casslawgroup.com | joconnor@fordharrison.com |
| 20015 South LaGrange Road | Douglas R. Nolan, Esq., #6331464 |
| Suite 1098 | dnolan@fordharrison.com |
| Frankfort, IL 60423 | 180 North Stetson Avenue, Suite 1600 |
| T: (872) 329-4844 | Chicago, Illinois 60601 |
| | T: (312) 960-6117 |
| *Attorneys for Plaintiff* | F: (312) 332-6130 |
| | *Attorneys for Defendant* |

*White  v. CBOCS West, Inc. d/b/a CBOCS*
Case No.  24-CV-06897
Joint Notice of Settlement

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 7, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ John O'Connor*
John O'Connor, Esq.

2